# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **JULLIAN HUFFMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:23CV00652 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **SUPERINTENDENT SHANNON FULLER, ET AL.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |
| | ) | |

*Julian Huffman, Pro Se Plaintiff.*

The plaintiff, Julian Huffman, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging that jail officials were illegally experimenting on him in violation of his constitutional rights. This court's initial Order in the case, ECF No. 3, notified Huffman of his ongoing responsibility to keep the court apprised of his current mailing address. The Order warned him that failure to comply with this requirement would result in dismissal of the action without prejudice. It is self-evident that the court must have a viable address by which to communicate reliably with Huffman about this case. On November 1, 2023, the court's mailing of ECF No. 7 was returned as undeliverable to Huffman at the address he had provided. The returned envelope indicated that authorities were unable to forward the mailing.

Based on Huffman's failure to comply with the court's Order regarding the need to provide the court with a current mailing address that would allow reliable communication about his case, I conclude that he is no longer interested in pursuing this civil action. Therefore, I will dismiss the action without prejudice for failure to prosecute. *Ballard v. Carlson*, 882 F.2d 93, 96 (4th Cir. 1989) (holding that pro se litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance).

An appropriate Order will issue herewith.

DATED: December 12, 2023

/s/ JAMES P. JONES
Senior United States District Judge